07cv6326
JUDGE GRADY
MAG. JUDGE MASON

The civil cover sheet and the i[nformation contained herein neither replace nor supplement the filing and] service of pleadings or other papers as required by law, except as provided by loc[al rules of court. This form is required for] the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE R[EVERSE OF THE FORM.])

**(a) PLAINTIFFS**
ROMAN URBANIAK, on behalf of plaintiff and the class defined herein,

**DEFENDANTS**
Credigy Receivables, Inc.; Credigy Services Corp.; and Stewart & Associates, P.C., Attorneys at Law, A Professional Corporation

**(b)** County of Residence of First Listed Plaintiff  Cook County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

FILED
J N NOV X 8 2007
NOV X 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor, Chicago, IL 60603
(312) 739-4200

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ]110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane / [ ]362 Personal Injury—Med. Malpractice | [ ]620 Other Food & Drug | | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product Liability | [ ]625 Drug Related Seizure of Property 21 USC 881 | [ ]423 Withdrawal 28 USC 157 | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | [ ]365 Personal Injury—Product Liability | [ ]630 Liquor Laws | | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment & Enforcement of Judgment | [ ]320 Assault, Libel & Slander / [ ]368 Asbestos Personal Injury Product Liability | [ ]640 R.R. & Truck | **PROPERTY RIGHTS** | [ ]460 Deportation |
| [ ]151 Medicare Act | [ ]330 Federal Employers' Liability | [ ]650 Airline Regs. | [ ]820 Copyrights | [ ]470 Racketeer Influenced and Corrupt Organizations |
| [ ]152 Recovery of Defaulted Student Loans (excl. vet.) | [ ]340 Marine | [ ]660 Occupational Safety/Health | [ ]830 Patent | [■]480 Consumer Credit |
| [ ]153 Recovery of Overpayment of Veteran's Benefits | [ ]345 Marine Product Liability / [ ]370 Other Fraud | [ ]690 Other | [ ]840 Trademark | [ ]490 Cable/Satellite TV |
| [ ]160 Stockholders' Suits | [ ]371 Truth in Lending | | | [ ]810 Selective Service |
| [ ]190 Other Contract | [ ]350 Motor Vehicle / [ ]380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ]850 Security/Commodity/Exch |
| [ ]195 Contract Product Liability | [ ]355 Motor Vehicle Product Liability / [ ]385 Property Damage Product Liability | [ ]710 Fair Labor Standards Act | [ ]861 HIA (1395ff) | [ ]875 Customer Challenge 12 USC 3410 |
| [ ]196 Franchise | [ ]360 Other Personal Inj. | | [ ]862 Black Lung (923) | [ ]891 Agricultural Acts |
| | | [ ]720 Labor/Mgmt. Relations | [ ]863 DIWC/DIWW (405(g)) | [ ]892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ]730 Labor/Mgmt. Reporting & Disclosure Act | [ ]864 SSID Title XVI | [ ]893 Environmental Matters |
| [ ]210 Land Condemnation | [ ]441 Voting / [ ]510 Motions to Vacate Sentence | [ ]740 Railway Labor Act | [ ]865 RSI (405(g)) | [ ]894 Energy Allocation Act |
| [ ]220 Foreclosure | [ ]442 Employment | | **FEDERAL TAX SUITS** | [ ]895 Freedom of Information Act |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing/Accommodations / Habeas Corpus: | [ ]790 Other Labor Litigation | [ ]870 Taxes (U.S. Plaintiff or Defendant) | [ ]900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ]240 Torts to Land | [ ]530 General | | | [ ]950 Constitutionality of State Statutes |
| [ ]245 Tort Product Liability | [ ]444 Welfare / [ ]535 Death Penalty | [ ]791 Empl. Ret. Inc. Security Act | [ ]871 IRS—Third Party 26 USC 7609 | [ ]890 Other Statutory Actions |
| [ ]290 All Other Real Property | [ ]445 ADA—Employment / [ ]540 Mandamus & Other | | | |
| | [ ]446 ADA—Other / [ ]550 Civil Rights | | | |
| | [ ]440 Other Civil Rights / [ ]555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [■]1 Original Proceeding
- [ ]2 Removed from State Court
- [ ]3 Remanded from Appellate Court
- [ ]4 Reinstated or Reopened
- [ ]5 Transferred from another district (specify)
- [ ]6 Multidistrict Litigation
- [ ]7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

U.S.C. §1692 et seq. Plaintiff brings this action to secure redress from unlawful credit and collection practices.

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

| **VIII. REQUESTED IN COMPLAINT:** | [■]CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: [■]Yes [ ]No |
|---|---|---|---|

**IX. This case**
[■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 11/8/07

SIGNATURE OF ATTORNEY OF RECORD