# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attor
standing of this Court's general bar or be granted le:
by Local Rules 83.12 through 83.14.

07cv6326
JUDGE GRADY
MAG. JUDGE MASON

In the Matter of

Roman Urbaniak, on behalf of plaintiff and the class defined
herein,
v.
Credigy Receivables, Inc.; Credigy Services Corp.; and Stewart
& Associates, P.C., Attorneys at Law, A Professional Corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROMAN URBANIAK

**FILED**

J .N  nov x 8 2007
NOV X 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Daniel A. Edelman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS <br> 120 S. LaSalle St. 18th Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00712094 | TELEPHONE NUMBER <br> (312) 739-4200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐