AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Roman Urbaniak, on behalf of plaintiff and the class defined herein,

V.

Credigy Receivables, Inc.; Credigy Services Corp.; and Stewart & Associates, P.C., Attorneys at Law, A Professional Corp.

CASE NUMBER: 07C 6326

ASSIGNED JUDGE: JUDGE GRADY

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

STEWART & ASSOCIATES, P.C., ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION
c/o Registered Agent, Ltd., Registered Agent
1201 W. Peachtree Street, Suite 3500
Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV 0 8 2007
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]  
DATE: 11/14/07

NAME OF SERVER (PRINT): Nick Dallas  
TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1201 W Peachtree St, Ste 3500 Atlanta GA 30309 by handing to Trina Green, authorized agent for Registered Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/16/07  
Date

Signature of Server

PO Box 7710, Atlanta GA 30357  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.