# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| ROMAN A. URBANIAK, on behalf of plaintiff and the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 6326 |
| v. | ) ) | Judge Grady |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP.; and STEWART & ASSOCIATES, P.C. ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION | ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**STEWART AND ASSOCIATES, ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION**

| |
|---|
| SIGNATURE  s/Justin M. Penn |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle St., Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06283726 | TELEPHONE NUMBER (312) 704-3157 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐     NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

6257813v1 838180

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed **Defendant's Appearance,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                By:    s/Justin M. Penn
                      Justin M. Penn
                      Attorney Bar No. 06283726
                      HINSHAW & CULBERTSON
                      222 N. LaSalle Street, Ste 300
                      Chicago, IL 60601
                      (312) 704-3000
                      jpenn@hinshawlaw.com