IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROMAN A. URBANIAK, on behalf of plaintiff and the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 6326 |
| v. | ) ) | Judge Grady |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP.; and STEWART & ASSOCIATES, P.C., ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION, | ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, STEWART AND ASSOCIATES, ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION, by its attorneys David M. Schultz and Justin M. Penn, pursuant to Federal Rule of Civil Procedure 6(b) respectfully request that this court grant a 28-day enlargement of time to file a responsive pleading to the Plaintiff's Complaint, and in support thereof, state as follows:

1. Plaintiff's Complaint purports to state a class action claim under the Fair Debt Collection Practices Act against the defendant.

2. Plaintiff's Complaint was filed on November 8, 2007, and Defendant STEWART AND ASSOCATES, ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION was served on November 14, 2007. The Answer is due December 4, 2007.

3. Defense counsel has filed an Appearance. Defendant hereby requests an additional 21 days to answer or otherwise plead. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

4. Counsel for plaintiff does not object to this request.

WHEREFORE, Defendant, STEWART AND ASSOCATES, ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION, respectfully requests that this Court grant a 28-day enlargement of time, up to and including, January 2, 2008, to file a responsive pleading to the Plaintiff's Complaint.

                                        Respectfully submitted,

                                        **STEWART AND ASSOCATES, ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION**

                      By:        s/Justin M. Penn
                                        One of the Attorneys for Defendant

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

**CERTIFICATE OF SERVICE**

    I an attorney, hereby certify that on November 28, 2007, I electronically filed the above Unopposed Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                               s/Justin M. Penn
                                                               Justin M. Penn

6257760v1 838180