IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROMAN A. URBANIAK, on behalf of plaintiff and the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 6326 |
| v. | ) ) | Judge Grady |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP.; and STEWART & ASSOCIATES, P.C., ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION, | ) ) ) ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on **December 5, 2007**, at **11:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Grady, or any judge sitting in his stead in Courtroom 2201 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present our **Unopposed Motion for Enlargement of Time,** a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**STEWART AND ASSOCATES, ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION**

By:   s/Justin M. Penn
One of the Attorneys for Defendant

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

6257819v1 838180

**CERTIFICATE OF SERVICE**

    I an attorney, hereby certify that on November 28, 2007, I electronically filed the above Unopposed Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                        s/Justin M. Penn
                                                        Justin M. Penn

6257819v1 838180