**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Roman A Urbaniak

                                          Plaintiff,

v.                                                                Case No.: 1:07−cv−06326
                                                                       Honorable John F. Grady

Credigy Receivables, Inc., et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 3, 2007:

      MINUTE entry before Judge John F. Grady :Motion for extension of time to answer [12] is granted. Hearing set for 12/05/07 stricken. Answer to complaint due by 1/2/08.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.