AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Roman Urbaniak, on behalf of plaintiff and the
class defined herein,

CASE NUMBER: 07C 6326

V.

ASSIGNED JUDGE: JUDGE GRADY

Credigy Receivables, Inc.; Credigy Services
Corp.; and Stewart & Associates, P.C.,
Attorneys at Law, A Professional Corp.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

CREDIGY RECEIVABLES, INC.
c/o Registered Agents Legal Services, Ltd., Registered Agent
112 North Curry Street
Carson City, NV 89703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 0 8 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/28/07 ~~kw~~ 11/27/07 |
| NAME OF SERVER (PRINT)<br>KRISTEN | TITLE<br>FIELD AGENT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served registered agent for Credigy Receivables, Inc. c/o Registered Agents Legal Services, Jed Block, employee of Registered Agents Legal Services at 112 North Curry Street, Carson City, Nevada 89703.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $35.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/28/07
             Date

Signature of Server: *Kristen M Athenburn*

Address of Server: ~~PO Box 12293~~, Reno NV 89510

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.