**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROMAN A. URBANIAK, on behalf of plaintiff and the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 6326 |
| vs. | ) ) ) | Judge Grady<br>Magistrate Judge Nolan |
| CREDIGY RECEIVABLES, INC.;<br>CREDIGY SERVICES CORP.; and<br>STEWART & ASSOCIATES, P.C.,<br>ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION; | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   (See attached service list.)

**PLEASE TAKE NOTICE** that on March 12, 2008 at 10:30 a.m., we will appear before Honorable Judge Grady in room 2201 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                             s/Daniel A. Edelman
                                             Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, certify that on February 6, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system.

David Schultz
dschultz@hinshawlaw.com

Peter E. Pederson
ppederson@hinshawlaw.com

                                          s/Daniel A. Edelman
                                          Daniel A. Edelman