## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Roman A Urbaniak
                                      Plaintiff,

v.                                                   Case No.: 1:07−cv−06326
                                                             Honorable John F. Grady

Credigy Receivables, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge John F. Grady :Case was called for motion hearing, both parties failed to appear. Motion to certify class [21] is entered and continued until 03/12/08 at 10:30 a.m. Motion hearing held on 2/13/2008 regarding motion to certify class[21]. In Court hearing set for 3/12/2008 at 10:30 a.m.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.