# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6326 | **DATE** | 3/12/2008 |
| **CASE TITLE** | Urbaniak vs. Credigy Receivables, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued by agreement of the parties to 05/14/08 at 10:30 a.m.  Motion to certify class is entered and continued until further order of court.  All discovery necessary for briefing on the summary judgment issues shall be completed before 05/14/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|