IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROMAN A. URBANIAK,<br>on behalf of plaintiff and the class defined herein,<br><br>            Plaintiff,<br><br>   vs.<br><br>CREDIGY RECEIVABLES, INC.;<br>CREDIGY SERVICES CORP.; and<br>STEWART & ASSOCIATES, P.C.,<br>ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION;<br><br>            Defendants. | 07 C 6326<br>Judge Grady |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION TO TAKE FACT DISCOVERY**

Plaintiff Roman Urbaniak respectfully requests an additional 45 days to take discovery.

In support of this motion, Plaintiffs state as follows:

1. May 14, 2008 is the current deadline to take fact discovery.

2. The parties have been intensively discussing settlement.

4. Plaintiff seek an additional 45 days, until June 30, 2008, to complete their fact discovery.

5. Plaintiff's counsel has conferred with Defendants' counsel and Defendants have no objection to this motion.

WHEREFORE, Plaintiffs seek an additional 45 days, until June 30, 2008, to take discovery.

1

        Respectfully submitted,

        s/Francis R. Greene
        Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

       I, Francis R. Greene, hereby certify that on April 25, 2008, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com
courtfiling@hinshawlaw.com

Peter E. Pederson
ppederson@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

                                                                      s/Francis R. Greene
                                                                       Francis R. Greene