**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROMAN A. URBANIAK, | ) | |
| on behalf of plaintiff and the class defined herein, | ) ) | |
| | ) | |
| Plaintiff, | ) ) | 07 C 6326 |
| | ) | Judge Grady |
| vs. | ) ) | |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP.; and STEWART & ASSOCIATES, P.C., ATTORNEYS AT LAW, A PROFESSIONAL CORPORATION; | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   (See attached service list.)

**PLEASE TAKE NOTICE** that on May 7, 2008 at 10:30 a.m., we will appear before Honorable Judge Grady in room 2201 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR EXTENSION TO TAKE FACT DISCOVERY.**

                                        s/Francis R. Greene
                                        Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Francis R. Greene, hereby certify that on April 25, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent via electronic mail to all counsel of record by operation of the Court's electronic filing system:

David Schultz
dschultz@hinshawlaw.com

Peter E. Pederson
ppederson@hinshawlaw.com

Justin M. Penn
jpenn@hinshawlaw.com

                                      s/Francis R. Greene
                                      Francis R. Greene