# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Roman A Urbaniak

                            Plaintiff,

v.                                                   Case No.: 1:07−cv−06326
                                                        Honorable John F. Grady

Credigy Receivables, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable John F. Grady:Motion for extension of time to complete discovery [26] is granted. Fact discovery to close 06/30/08. Hearing set for 05/07/08 stricken. Status hearing set for 05/14/08 stricken and reset to 7/16/2008 at 10:30 a.m.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.