UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Roman A Urbaniak
                                        Plaintiff,
v.                                                          Case No.: 1:07−cv−06326
                                                            Honorable John F. Grady
Credigy Receivables, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

　　　　MINUTE entry before the Honorable John F. Grady: Status hearing held on 7/16/2008. Plaintiff's counsel appeared and reports that the case is settled. Plaintiff's oral motion for a hearing on preliminary approval of class action settlement is entered and continued for hearing on 9/3/2008 at 10:30 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.